# Court of Appeals
# of the State of Georgia

ATLANTA, March 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1221. THE STATE v. CHRISTOPHER LAMAR RUMPH.**

The State of Georgia has filed this appeal from the trial court's order granting in part and denying in part Christopher Lamar Rumph's motion to suppress evidence. Rumph was indicted, inter alia, for murder. In *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984), the Supreme Court directed that we transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases" to that Court. This instruction was upheld in *State v. Murray*, 286 Ga. 258 (687 SE2d 790) (2009) (if the murder count of the indictment remains pending below, jurisdiction of the appeal lies in the Supreme Court). Accordingly, the State's motion to transfer is hereby GRANTED and this case is TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/06/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.